UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-versus-

VICTOR RAFAEL GUZMAN,

Defendants.

---

13 Cr. 611 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Before the Court is Mr. Guzman's motion for early termination of his term of supervised release.  (Dkt. no. 138.)  The Government does not oppose Mr. Guzman's motion.  (Dkt. 141.)  Mr. Guzman's motion is therefore granted and his supervised release is terminated.

**SO ORDERED.**

Dated:  July 27, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.